# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135188

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JESSE JAMES SWANSBROUGH,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135188
COA: 271126
Monroe CC: 03-032958-FC

On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

s1217

_____
Clerk